■ Rujiao Oyang, Appellant, v NYU Hospital Center et al., Respondents. [30 NYS3d 548]—

Order, Supreme Court, New York County (Peter H. Moulton, J.), entered November 26, 2014, which, to the extent appealed from, granted defendants' CPLR 3211 motion to dismiss the complaint, and denied in part plaintiff's cross motion to amend the complaint, and order, same court and Justice, entered February 19, 2015, which, to the extent appealable, denied plaintiff leave to renew the November 26, 2014 order, unanimously affirmed, without costs.

The motion court correctly granted defendants' motion to dismiss the complaint (*see e.g. Fownes Bros. & Co., Inc. v JPMorgan Chase & Co.*, 92 AD3d 582 [1st Dept 2012]), denied plaintiff's cross motion to amend the complaint (*see e.g. Bag Bag v Alcobi*, 129 AD3d 649 [1st Dept 2015]) and denied plaintiff's motion to renew the order on the motion to dismiss (CPLR 2221 [e] [2], [3]). Plaintiff's claims and proposed claims of lack of informed consent, negligence, breach of an oral contract, and promissory estoppel are legally insufficient or are defeated by documentary evidence. In the absence of a viable claim against the individual defendants, no claim for vicarious liability lies.

To the extent plaintiff purports to appeal from the denial of reargument, no appeal lies (*Fruchtman v City of New York*, 129 AD3d 500 [1st Dept 2015]).

We have considered the remaining arguments and find them unavailing. Concur—Sweeny, J.P., Renwick, Andrias, Kapnick and Kahn, JJ.